NUMBER 13-05-630-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

__________________________________________________________________

 

J. W.
TATE,                                                           Appellant,

 

                                           v.

 

THE
STATE OF TEXAS,                                              Appellee.

__________________________________________________________________

 

                   On appeal from the 94th District Court 

                           of Nueces
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

        Before Chief Justice Valdez
and Justices Yañez and Garza

                       Memorandum Opinion Per
Curiam

 








Appellant, J.
W. TATE, attempted to perfect an appeal from a judgment entered by the 94th District Court of Nueces County, Texas.  Sentence in this cause was imposed on June 22, 2005.  A timely
motion for new trial was filed on July 22, 2005.   The notice of appeal was due to be filed on September 20, 2005, but was not filed until September
21, 2005.   Said notice of appeal is
untimely filed. 

Tex. R. App. P. 26.3
provides that the court of appeals may grant an extension of time for filing
notice of appeal if such notice is filed within 
fifteen days of the last day allowed and within the same period a motion
is filed in the court of appeals reasonably explaining the need for such
extension.  Appellant failed to file his
notice of appeal and a motion requesting an extension of time within such
period. 

The Court, having
considered the documents on file and appellant's failure to timely perfect his
appeal, is of the opinion that the appeal should be dismissed for want of
jurisdiction.  The appeal is hereby
DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed this

the 9th day of February,
2006.